ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 MAY 26 AM 8:31
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SAMMIE LEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-029 |
| | ) | |
| SUSAN SALEMI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the complaint is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 16th day of May, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

BROWN )
 )
vs ) CASE NUMBER CV 105-029
 )
SALEMI ) DIVISION AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 05/26/05, which is part of the official record of this case.

Date of Mailing: 05/26/05

Date of Certificate  ☒ same date,  or _____

Scott L. Poff, Clerk

By: _____
Joe Howell, Deputy Clerk

<u>Name and Address</u>
SAMMIE LEE BROWN SERVED @ PRISON ADDRESS

☐ Copy placed in Minutes
☒ Copy given to Judge
☒ Copy given to Magistrate